IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REGINALD HILL,**

  *Petitioner*,

v.                                                    Case No.: 4:24cv164-MW/HTC

**WARDEN JEFFERSON CI,**

  *Respondent*.
_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition is **DISMISSED as untimely** under Habeas Rule 4." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on June 20, 2024.**

                                              s/Mark E. Walker            
                                              **Chief United States District Judge**